UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ALAN BERGQUIST, D.C. | * | CIV. 09-1010 |
| Plaintiff, | * | |
| vs. | * | STIPULATION WITH RESPECT TO TOTAL DISABILITY UNDER THE STATE FARM CONTRACT AND WITH RESPECT TO STATE FARM'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. and HARTFORD LIFE AND ACCIDENT INSURANCE CO., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COME NOW the attorneys for the parties and enter into the following Stipulation:

1. Under the terms of the State Farm disability insurance policy, the parties stipulate that Dr. Alan Bergquist would not meet the definition of total disability for the time period after the first 24 months of total disability benefits. Consequently, the parties stipulate that Dr. Alan Bergquist will not be making a claim under the State Farm disability insurance policy for total disability benefits beyond the first 24 months of benefits.

2. As a result of the stipulation, the parties agree that Defendant State Farm Mutual Automobile Insurance Co.'s (State Farm) Motion for Partial Summary Judgment will be withdrawn, and that by entering into this stipulation, Dr. Alan Bergquist is not conceding or agreeing with the underlying factual record submitted by State Farm in support of their motion.

DATE: April 12, 2010

SCHOENBECK LAW

By: _____
LEE SCHOENBECK
Attorney for Plaintiff
P. O. Box 1325
Watertown, South Dakota, 57201
(605) 886-0010
lee@schoenbecklaw.com

DATE: 4-08-10

FULLER & SABERS

By: _____
WILLIAM P. FULLER
Attorney for Defendant State Farm
7521 S. Louise Ave.
Sioux Falls, SD 57108
(605) 333-0003
bfuller@fullerandsabers.com

DATE: 4/12/10

LOCKWOOD GRINDAL NAUEN PLLP

By: _____
David Leishman, Attorney for Defendant
Hartford Ins.
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Phone (612) 339-6900
Fax (612-339-0981
ddleishman@locklaw.com