UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| ALAN BERGQUIST, D.C., | File No. 09-1010 |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. and HARTFORD LIFE AND ACCIDENT INSURANCE CO., | |
| Defendants. | |

WHEREAS, the above-entitled matter having been fully settled and resolved, NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff Alan Bergquist, D.C. and defendant Hartford Life and Accident Insurance Company that the above-entitled matter may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the court may enter an order dismissing the matter with prejudice, without taxation of costs and without further notice to any of the parties.

Dated: October 4th, 2010

Lee Schoenbeck
Schoenbeck Law
P.O. Box 1325
Sioux Falls, SD 57108
Telephone: (605) 886-0010

**ATTORNEY FOR PLAINTIFF
ALAN BERGQUIST, D.C.**

429389.1

Dated: _October 5_, 2010

_/s/ Eric C. Tostrud_
Eric C. Tostrud (No. 213548)
David D. Leishman (No. 386513)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

_/s/ James E. Moore_
James E. Moore
Woods, Fuller, Schultz & Smith, P.C.
P.O. Box 5027
300 S. Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Telephone: (605) 336-3890

**ATTORNEYS FOR HARTFORD LIFE AND ACCCIDENT INSURANCE COMPANY**